USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-13-13

Castel, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND, et al.,

      Plaintiffs,

-against-

UNISTRUT CORPORATION,

      Defendant.

---

13 CV 5100 (PKC)

ECF Case

STIPULATION AND
[PROPOSED] ORDER
EXTENDING TIME TO
RESPOND TO
COMPLAINT AND TO
ADJOURN INITIAL PRE-
TRIAL CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that given the progress made in negotiations between the two parties to resolve this lawsuit, the time for defendant Unistrut Corporation to answer, move or otherwise respond to the Complaint in the above proceeding shall be extended from September 13, 2013 to and including October 11, 2013. This is the parties' second request for an extension of this deadline. The parties' first request was granted.

~~The parties also request that~~ the Initial Pre-Trial Conference currently scheduled for September 24, 2013 ~~be~~ is adjourned until ~~after October 11, 2013. This is the parties' first request for an adjournment of this conference.~~

Dated: New York, New York
   September 11, 2013

          VIRGINIA & AMBINDER, LLP

          By: _____
          Richard V. Epstein
          repstein@vandallp.com

          Trinity Centre
          111 Broadway, Suite 1403
          New York, New York 10006
          (212) 943-9080
          *Attorneys for Plaintiffs*

DEBEVOISE & PLIMPTON LLP

By: *[signature]*
Ann Marie Domyancic
adomyancic@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant*

SO ORDERED: *[signature]*

Honorable P. Kevin Castel
United States District Judge

9-13-13