USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Trustees of the New York City District
Council of Carpenters Pension Fund, et al.,

                Plaintiff(s),

-against-

Unistrut Corporation,

                Defendant(s).
-------------------------------------------------------------x

13 Civ. 5100 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        The initial pretrial conference originally scheduled on September 24, 2013 is adjourned to October 17, 2013 at 10:30 a.m.

        SO ORDERED.

                                                      P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       September 24, 2013