UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al.,

                      Plaintiffs,

-against-

UNISTRUT CORPORATION,

                      Defendant.

13 CV 5100 (PKC)

ECF Case

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs and defendant that the above-captioned action is voluntarily dismissed, without prejudice against the defendant, Unistrut Corporation, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       October 11, 2013

| VIRGINIA & AMBINDER, LLP | DEBEVOISE & PLIMPTON LLP |
|---|---|
| By: *[signature]*<br>Richard V. Epstein<br>repstein@vandallp.com | By: *[signature]*<br>Ann Marie Domyancic<br>adomyancic@debevoise.com |
| Trinity Centre<br>111 Broadway, Suite 1403<br>New York, New York 10006<br>(212) 943-9080 | 919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing Stipulation of Voluntary Dismissal via the Court's CM/ECF filing system.

s/ Ann Marie Domyancic
Ann Marie Domyancic